JS-6

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>PALO VERDE, INC. dba TACO BELL #003141; TRES OSOS, INC.,<br><br>　　　Defendants.<br>_____/ | Case No.  2:13-cv-09435-GAF-FFM<br><br>**Order re: Joint Stipulation for Dismissal** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa and defendant Palo Verde, Inc.,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: May 9, 2014

_____/
United States District Judge

JS-6